## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**GLORIA LEWIS,**

      **Plaintiff,**

**v.**                                                                 **Case No: 3:14-cv-658-J-39JBT**

**DELTA OUTSOURCE GROUP, INC.,**

      **Defendant.**

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal (Doc. 5; Notice) filed by Plaintiff on August 26, 2014.  In the Notice, Plaintiff states that she is voluntarily dismissing the claims raised in this action.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1.  This case is **DISMISSED without prejudice.**

2.  The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 28th day of August, 2014.

BRIAN J. DAVIS
United States District Judge

em

Copies to:

Counsel of Record